**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

STATE OF NEW MEXICO, EX REL.,
RAÚL TORREZ, ATTORNEY GENERAL,

        Plaintiffs,

vs.

                                        Case No.: 1:26-cv-01857-LF-JFR

KALSHI, INC. and KALSHIEX LLC,
a Delaware Limited Liability Company,

        Defendants.

## UNOPPOSED MOTION TO WITHDRAW

Pursuant to Local Rule 83.8, the law firm of Snell & Wilmer, L.L.P. and attorneys Erica Stutman and Jennifer Catero move to withdraw as counsel in this matter for Defendants Kalshi Inc. and KalshiEX LLC ("Defendants"). Defendants consent to this withdrawal. Substitute attorneys Alex C. Walker and Tiffany L. Roach Martin from the law firm Modrall, Sperling, Roehl, Harris & Sisk, P.A. have already entered their appearance on behalf of Defendants. *See* Doc. 4.

Withdrawing counsel request entry of an order removing them as counsel for Defendants in this matter, and directing the Clerk to remove them from all future NEF notifications once the withdrawal is granted. A proposed order is submitted concurrently.

        DATED: June 24, 2026.        Respectfully Submitted,

                                  SNELL & WILMER L.L.P.

                        By:   *s/Erica J. Stutman*
                                Jennifer Hadley Catero
                                Erica J. Stutman
                                1 E. Washington St., Suite 2700
                                Phoenix, Arizona 85004
                                Telephone: 602.382.6000
                                jcatero@swlaw.com; estutman@swlaw.com
                                *Attorneys for Defendants Kalshi Inc.*
                                *and KalshiEX LLC*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2026, I caused the foregoing document to be filed with the

Clerk of the Court and served upon on all counsel of record via the Court's CM/ECF system.


                                                    *s/Erica J. Stutman*
                                                    Erica J. Stutman